## IN THE UNITED STATES BANKRUPCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PHILIP VINCENT ARIGO | ) | BK. NO. 20-01259-HWV |
| DEBTOR | ) | |
| | ) | |
| NEWREZ D/B/A SHELLPOINT MORTGAGE | ) | |
| SERVICING | ) | CHAPTER 13 |
| MOVANT | ) | |
|     vs. | ) | |
| | ) | 11 U.S.C. Section 362 |
| PHILIP VINCENT ARIGO | ) | |
| DEBTOR | ) | |
| | ) | |
| LAWRENCE V. YOUNG | ) | |
| TRUSTEE | | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

**COMES NOW** Joshua I. Goldman, Esq. of the Padgett Law Group, and gives this Notice of Appearance on behalf of NewRez LLC D/B/A Shellpoint Mortgage Servicing and requests that they be noticed on all pleadings, documents and hearings; that they receive copies of all documents; and be added to the matrix to be served at the addresses below:

Padgett Law Group
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312

**DATED** this 14th day of May, 2020.

Respectfully submitted,

/s/ Joshua I. Goldman
Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

**<u>CERTIFICATE OF SERVICE</u>**

**I HEREBY CERTIFY** that a true and correct copy of the Notice of Appearance has been furnished to the parties on the attached Service List by electronic notice and/or by First Class U.S. Mail on this the 14th day of May, 2020:

/s/ Joshua I. Goldman

Joshua I. Goldman, Esq.
Pennsylvania Bar #205047
PADGETT LAW GROUP
6267 Old Water Oak Road, Suite 203
Tallahassee, FL 32312
(850) 422-2520 (telephone)
(850) 422-2567 (facsimile)
josh.goldman@padgettlawgroup.com
*Counsel for Creditor*

**<u>SERVICE LIST (CASE NO. 20-01259-HWV)</u>**

DEBTOR
PHILIP VINCENT ARIGO
89 JACQUELINE DRIVE
NEW OXFORD, PA 17350

ATTORNEY FOR DEBTOR
THOMAS E. MILLER
LAW OFFICES OF THOMAS E. MILLER, ESQUIRE
249 YORK STREET
HANOVER, PA 17331

TRUSTEE
LAWRENCE V. YOUNG (TRUSTEE)
CGA LAW FIRM
135 NORTH GEORGE STREET
YORK, PA 17401

ASST. U.S. TRUSTEE
UNITED STATES TRUSTEE
228 WALNUT STREET, SUITE 1190
HARRISBURG, PA 17101